**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL BELL and FELICIA BELL,**
**individually and as next friends of**
**MICHAEL BELL, II a minor and**
**KIFFANIE BELL, a minor.,**

         **Plaintiffs,**

**-vs-**                                          **Case No. 6:04-cv-1072-Orl-19KRS**

**UNIVERSAL STUDIOS, INC., et al.,**

         **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO COMPEL (Doc. No. 44)
>
> **FILED:** April 20, 2005
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant Universal City Development Partners, L.T.D. (Universal City) seeks an order compelling the plaintiffs to produce mandatory initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), disclosure of expert reports, answers to interrogatories, and a response to its request for production. In addition, Universal City seeks an order requiring the plaintiffs to provide dates of availability for their depositions. The plaintiffs have not responded to the motion to compel and the time for doing so has passed. Thus, the motion will be treated as unopposed.

Pursuant to the Case Management and Scheduling Order entered in this case, the deadline for Rule 26(a)(1) disclosures was February 1, 2005, and the deadline for the plaintiffs to disclose their expert reports was March 1, 2005. Doc. No. 36. The discovery period closes on June 1, 2005. *Id*. In addition, Universal City states that it served interrogatories and a request for production on the plaintiffs on January 12, 2005. Thus, the deadline for the plaintiffs to respond to Universal City's interrogatories and request for production was February 14, 2005. Fed. R. Civ. P. 33 & 34.

When a party fails to respond to discovery requests, Fed. R. Civ. P. 37(a) permits the requesting party to apply for an order compelling disclosure or discovery. Specifically, a party may move to compel document production, disclosures required under Rule 26(a), or answers to interrogatories or depositions.

The plaintiffs offer no explanation for their failure to respond to Universal City's discovery requests. Thus, the plaintiffs are hereby **ORDERED** to serve their Rule 26(a)(1) disclosures, disclosures of any expert reports in the form required by Rule 26(a)(2), sworn answers to interrogatories propounded by Universal City and produce documents responsive to Universal City's request for production on or before May 13, 2005.[1] In addition, counsel for the plaintiffs shall confer with opposing counsel for the purpose of scheduling the depositions of each plaintiff prior to the close of discovery in this case.

---

[1] The time for making objections to the discovery requests has passed.

Failure to comply with this Order may result in the imposition of sanctions, including a recommendations that the case be dismissed.

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties