# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL BELL and FELICIA BELL,**
**individually and as next friends of**
**MICHAEL BELL, II a minor and**
**KIFFANIE BELL, a minor.,**

        **Plaintiffs,**

**-vs-**                           **Case No.  6:04-cv-1072-Orl-19KRS**

**UNIVERSAL STUDIOS, INC., et al.,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION TO STRIKE (Doc. No. 52)**
>
> **FILED:**       **May 23, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Based on the agreement of the parties, paragraph 13 of the Second Amended Complaint is stricken. The stricken paragraph shall not be cited or relied upon by either party in this litigation.

**DONE** and **ORDERED** in Orlando, Florida on May 24, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties